384 A.2d 1003

Sinn (et al., Appellant) v. Burd.

 Argued
November 15, 1977. Jack A. Wintner, with him Carson &
Wintner, for appellant; Mark K. McNally, with him Brandt,
Milnes, Rea and Malone, for appellee.

Order affirmed.